VAUGHAN and Others v. McCULLOUGH.

APPEAL from the *Perry* Common Pleas.

ELLIOTT, J.—This was a proceeding in attachment, under the statute of this State, against the steamboat "*Morning Star.*" The appellants were substituted as defendants instead of the boat, and final judgment was rendered against them. The judgment must be reversed, for want of jurisdiction in the court below over the subject of the action. *Ballard* v. *Wiltshire, ante, p.* 341.

The judgment is reversed, with costs, and the cause remanded, with instructions to the court below to dismiss the case.

*L. Q.* and *C. A. DeBruler,* and *E. R.* and *S. B. Hatfield,* for appellants.

*C. H. Mason,* for appellee.